# Court of Appeals
# of the State of Georgia

ATLANTA, <u>  May 13, 2025                    </u>

*The Court of Appeals hereby passes the following order:*

**A25A1703. BARRY CRAIG SERMONS v. VERONICA WHITE-SERMONS.**

In November 2024, the trial court granted a divorce to petitioner Barry Sermons and respondent Veronica White-Sermons. The following month, Sermons filed a motion to modify certain financial aspects of the divorce decree. The trial court denied the motion, and Sermons filed this pro se direct appeal. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Pretermitting whether this appeal suffers from other jurisdictional defects, Sermons's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>  05/13/2025                    </u>

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>                                                      </u> *, Clerk.*